No. 95–6782. ROMERO CONTRERAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6783. BLACK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6786. TREVINO, AKA ORTIZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–6789. DWYER *v.* MILLSAPS, DIRECTOR, COMMUNITY SUPERVISION AND CORRECTIONS DEPARTMENT FOR TRAVIS COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–6790. PATTERSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–6792. NELSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6793. JOHNSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6794. MUNDY *v.* CARITHERS, JUDGE, CIRCUIT COURT OF FLORIDA, FOURTH JUDICIAL CIRCUIT. C. A. 11th Cir. Certiorari denied.

No. 95–6795. MARTINEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6796. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6797. MANSFIELD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–6798. DODGE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–6800. PORTER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–6802. ANTONELLI *v.* HURLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 95–6804. CLARK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.